IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LADANI UKANI HOSPITALITY, LLC,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00185-CB |

**MOTION FOR DEFAULT JUDGMENT AND ORDER
FOR PERMANENT INJUNCTION**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff Christopher Niles moves the Court for entry of default judgment against Defendant Ladani Ukani Hospitality, LLC.

1. Plaintiff is a wheelchair user who is limited in the major life activity of walking and is a member of the protected class under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq*. *See* Complaint, ECF No. 1 at ¶ 30 ("Compl.").

2. Defendant Ladani Ukani Hospitality, LLC owns, manages, and/or operates the Quality Inn located at 7011 Steubenville Pike, US 22-30 W., Oakdale, PA. *See* Compl., ¶ 5.

3. Defendant is a Pennsylvania limited liability company located at 1590 Tiffany Dr., Pittsburgh, PA 15241. *See* Compl., ¶ 31. *See also* Ladani Ukani Hospitality, LLC Entity Details (attached hereto as **Exhibit A**).

4. Defendant owns, manages, and/or operates a hotel, or "place of lodging," that is a place of public accommodation under Title III of the ADA. 42 U.S.C. § 12181(7). *See* Compl., ¶ 48.

5. On February 6, 2023, Plaintiff filed a Complaint for Declaratory and Injunctive Relief against Defendant seeking a permanent injunction requiring Defendant to take all steps necessary to bring its beds and sleeping surfaces into full compliance with the requirements set forth in the ADA. *See* Compl.

6. Plaintiff served the Complaint and Summons on Defendant at 7011 Steubenville Pike, US 22-30 W., Oakdale, PA, on February 14, 2023 by personal service. *See* Summons/Return of Service Returned Executed (ECF No. 4).

7. The Summons instructed Defendant to answer or respond within twenty-one (21) days of service. Defendant's answer due date was March 7, 2023. *Id.*

8. Defendant never answered the Complaint.

9. On July 10, 2023, Plaintiff requested the Clerk to enter Default against Defendant for failure to plead or otherwise defend. *See* Request for Entry of Default (ECF No. 5).

10. Without opposition, the Clerk entered Default against Defendant on July 11, 2023. *See* Clerk's Entry of Default (ECF No. 6).

11. Plaintiff's counsel served a copy of Plaintiff's Request for Entry of Default and the Clerk's Entry of Default upon Defendant via FedEx at its corporate address and its hotel address. Both were delivered on July 12, 2023.

12. Defendant still has not answered or otherwise appeared in this litigation. Nor has it or its representative contacted Plaintiff's counsel.

13. In light of the forgoing Plaintiff respectfully moves the Court to enter default judgment against Ladani Ukani Hospitality, LLC, and order a permanent injunction consistent with Plaintiff's Complaint, the details of which Plaintiff sets forth in the accompanying Memorandum and Proposed Order.

14. Plaintiff also requests that the Court award fees and costs in the amount of $11,194.50.

15. In support of this Motion, Plaintiff is submitting the Affidavit of R. Bruce Carlson, the supervising attorney for Plaintiff in this action. *See* Affidavit of R. Bruce Carlson (**Exhibit B**). Affiant is personally familiar with the material facts related to this lawsuit, as set forth in the Affidavit.

16. In light of the evidence provided in the Affidavit, Plaintiff does not believe that a hearing is necessary in this matter.

Dated: November 6, 2023                                Respectfully Submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2023, a true and correct copy of the foregoing MOTION FOR DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also that a true and correct copy will also be served upon the following via FedEx:

Ladani Ukani Hospitality, LLC
1590 Tiffany Dr.
Pittsburgh, PA 15241

Ladani Ukani Hospitality, LLC
d/b/a Quality Inn Pittsburgh Airport
7011 Steubenville Pike, US 22-30 W.
Oakdale, PA 15071

                                                               */s/ R. Bruce Carlson*
                                                               R. Bruce Carlson