IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LADANI UKANI HOSPITALITY, LLC,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00185-CB |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Christopher Niles, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Ladani Ukani Hospitality, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: February 2, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ R. Bruce Carlson
　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　**CARLSON BROWN**
　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*